[No. 49720-1-I.   Division One.   June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. PANTALEON F. ALBA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-10164-1, Richard A. Jones, J., entered December 13, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49752-9-I.   Division One.   June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MAXIMO ARROYO-MIRANDA, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 92-1-00523-1, Michael F. Moynihan and David A. Nichols, JJ., entered November 15, 2001. *Dismissed* by unpublished per curiam opinion.

[No. 49825-8-I.   Division One.   June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON KENNETH WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-02282-9, Linda C. Krese, J., entered December 17, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 50021-0-I.   Division One.   June 16, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE EDWARD SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01061-8, Glenna Hall, J., entered February 4, 2002. *Reversed* by unpublished per curiam opinion.